PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andrew Fortune                             Cr.: 13-00571-001
                                                             PACTS #: 65939

Name of Sentencing Judicial Officer:   THE HONORABLE JEROME B. SIMANDLE
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/11/2013

Original Offense: 18:1349; ATTEMPT AND CONSPIRACY TO COMMIT BANK FRAUD.

Original Sentence: 21 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Financial Disclosure, Life Skills Counseling, Mental Health Treatment, No New Debt/Credit, Restitution - Money

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/18/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard and special conditions of supervised release related to unlawful drug use. On November 9, 2015, the undersigned officer conducted a home visit with the offender. There were several unidentified males on the front steps and within the offender's apartment that were milling around with no apparent purpose. These males were unkempt and appeared to be vagrants. These males also began acting suspiciously upon realizing the probation officers presence. Once we gained entry to the offender's apartment there was another unidentified male inside the apartment who became very nervous and agitated by the officers presence. We inquired with t offender as to the identity of the male inside and those just outside the apartment but he could not or would not provide any names and only explained that the men were there to charge their cell phones. The offender was very nervous and the unidentified male inside the apartment appeared to be under the influence of alcohol or drugs. The offender was instructed to report to the probation office by 4:00pm on that date. The offender failed to report to the probation office on November 9, 2015, but appeared on November 10, 2015. The offender submitted a urine sample which tested positive for cocaine on an instant test and later proved positive by Alere Labs on specimen # B03265503. The offender admitted using crack cocaine after the positive result on the instant test. |

Prob 12A – page 2
Andrew Fortune

U.S. Probation Officer Action:

The offender has an extensive drug abuse history, but has submitted negative drug tests since his release in September 2014, with the exception of the most recent test. He is a sixty four year old male living alone and collecting social security. The offender was referred for substance abuse education and counseling at the onset of this term of supervised release. However, it was determined that he has some cognitive impairment of an undetermined origin that made counseling ineffectual. Inasmuch as the offender had maintained drug abstinence substance abuse counseling was discontinued at that time. We have worked with the offender's sister to have him seek appropriate medical care to determine the cause of the cognitive impairment, which is suspected to be organic in nature.

We have maintained regular contact with the offender's sister, Karen Holmes, who has been his care taker, managing his finances and overall basic needs. The offender has had numerous medical issues over the last several months and has been hospitalized on multiple occasions for heart related issues. The offender has resided alone during this time with his sister and other family members checking in on him daily. The offender suffers from a very poor financial condition and attempts to connect him with senior services have not been successful thus far. He has routinely complained of being lonely and is generally housebound. This officer and the offender's sister had noticed over the last two to three months that a younger male neighbor had befriended the offender and was spending long amounts of time with him. At face value this relationship appears innocent. However, once this neighbor appeared in the offender's life, his other strangers began appearing in and around the offender's apartment. These strangers have been observed by the family and this officer to be unkempt, vagrant and suspected drug abusers. The young male neighbor at times appeared to be directing the actions of these other vagrants in a suspicious way. The offender was admonished by his family about these strangers taking advantage of him and bringing a bad element into his home. The offender was questioned and admonished about his drug use and he admitted he had made poor choices and was lonely, but he has directed these strangers to stay away from his home. The offender's adult son has also confronted the neighbor and asked that he not loiter around the offender's apartment any longer.

The offender admitted he used crack cocaine on one occasion. As a result, we are working with the offender's family to have him move out of his current apartment in the Fairview section of Camden and possibly with a member of the family in a safer environment. We are also attempting to engage the offender in mental health treatment with a view toward addressing any co-occurring substance abuse issues at the Center for Family Services. However his cognitive impairment may cause this effort to have limited effect. We are recommending no Court intervention at this time.

Respectfully submitted,

By: Steven Alfrey
Senior U.S. Probation Officer
Date: 11/20/2015

Prob 12A – page 3
Andrew Fortune

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

December 4, 2015
_____
Date